IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TARJHONAIRO KENDRICKS,

          Petitioner,              No. CIV S-06-0588 DFL PAN P

    vs.

JEANNE S. WOODFORD, et al.,

          Respondents.      <u>ORDER</u>

_____/

         Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

         Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  <u>See</u> 28 U.S.C. § 1915(a).

         Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

/////

/////

/////

1

Dockets.Justia.com

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Petitioner's application to proceed in forma pauperis is granted;

3    2.  Respondents are directed to file a response to petitioner's habeas petition

4    within thirty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An

5    answer shall be accompanied by all transcripts and other documents relevant to the issues

6    presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

7    3.  If the response to the habeas petition is an answer, petitioner's reply, if any,

8    shall be filed and served within thirty days after service of the answer;

9    4.  If the response to the habeas petition is a motion, petitioner's opposition or

10    statement of non-opposition to the motion shall be filed and served within thirty days after

11    service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days

12    thereafter; and

13    5.  The Clerk of the Court shall serve a copy of this order together with a copy of

14    the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jo Graves, Senior

15    Assistant Attorney General.

16    DATED: April 7, 2006.

18    UNITED STATES MAGISTRATE JUDGE

20    \004
21    \kend0588.100

2