IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TARJHONAIRO KENDRICKS,

    Petitioner,               No. CIV 06-0588 DFL PAN P

    vs.

JEANNE S. WOODFORD, et al.,

    Respondents.           ORDER

_____/

    Respondents have requested an extension of time to file and serve a response pursuant to the court's order of April 11, 2006.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondents' May 11, 2006, request for an extension of time is granted; and

    2. Respondents have 30 days from the date of this order to file and serve a response to the petition. Petitioner's reply, if any, shall be filed and served 30 days thereafter.

DATED: May 15, 2006.

                                            UNITED STATES MAGISTRATE JUDGE

\004
\kend0588.136