IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TARJHONAIRO KENDRICKS,

    Petitioner,               No. CIV 06-0588 DFL PAN P

    vs.

JEANNE S. WOODFORD, et al.,

    Respondents.          <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file and serve a request for stay and abeyance.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's July 3, 2006, request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order to file and serve an opposition to respondents' motion to dismiss and, perhaps, to file and serve a request for stay and abeyance. Respondents' reply, if any, shall be filed and served seven days thereafter.

DATED: July 18, 2006.

                                                  UNITED STATES MAGISTRATE JUDGE

\001
\kend0588.111