IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TARJHONAIRO KENDRICKS,

    Petitioner,                    No. CIV S-06-0588 RRB EFB P

    vs.

JEANNE S. WOODFORD,

    Respondent.                FINDINGS & RECOMMENDATIONS

                             /

        Petitioner is a state prisoner seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On March 7, 2007, the court granted respondent's motion to dismiss with 30 days to file an amended petition containing only exhausted claims. The court warned petitioner that failure to comply would result in a recommendation that this action be dismissed. On May 3, 2007, the court gave petitioner an additional 30 days to file an amended petition. The 30-day period has expired and petitioner has not filed an amended petition or otherwise responded to the order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. *See* Fed. R. Civ. P. 41(b); Local Rule 11-110.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written

1 objections with the court and serve a copy on all parties. Such a document should be captioned
2 "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections
3 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
4 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
5 DATED: June 27, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE